■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE SAMBATARO, Appellant.—Judgment, Supreme Court, New York County (Clifford Scott, J.), rendered on February 3, 1986, unanimously affirmed. Appellant's motion to enlarge the record on appeal to include exhibits annexed to his moving papers is granted. No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDDIE MCKETHEN, Appellant.—Judgment, Supreme Court, New York County (Robert Haft, J.), rendered on February 11, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Milonas, Kassal, Rosenberger and Ellerin, JJ.